UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GONZALES GENARO (#516288)

VERSUS

DOCTOR TORE (TOCE), ET AL.

CIVIL ACTION

NO. 14-418-SDD-RLB

**RULING**

The Court has carefully considered the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 28, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, that Court declines to exercise supplemental jurisdiction in connection with Plaintiff's potential state law claims. Further, the Defendants' *Motion to Dismiss*[4] shall be granted, dismissing the Plaintiff's claims asserted herein with prejudice, and this action shall be dismissed.

Baton Rouge, Louisiana the 20 day of August, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 17.
[3] Rec. Doc. 18.
[4] Rec. Doc. 10.